1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                   FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JON ZIN,
11          Petitioner,              No. CIV S-05-1213 DFL DAD P
12      vs.
13  JILL BROWN,
14          Respondent.              FINDINGS AND RECOMMENDATIONS
15  _____/
16          A recent court order was served on petitioner's address of record and returned by
17  the postal service. It appears that petitioner has failed to comply with Local Rule 83-182(f),
18  which requires that a party appearing in propria persona inform the court of any address change.
19          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for
20  petitioner's failure to keep the court apprised of his current address. See Local Rules 83-182(f)
21  and 11-110 (E.D. Cal. 1997).
22          These findings and recommendations are submitted to the United States District
23  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
24  days after being served with these findings and recommendations, petitioner may file written
25  objections with the court. The document should be captioned "Objections to Magistrate Judge's
26  Findings and Recommendations." Petitioner is advised that failure to file objections within the

1 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951

2 F.2d 1153 (9th Cir. 1991).

3 DATED: May 19, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7 DAD:bb
zin1213.133a

2